1  MICHAEL BARNES (State Bar No. 121314)
   SONIA MARTIN (State Bar No. 191148)
2  CHRISTOPHER WINDLE (State Bar No. 141123)
   SONNENSCHEIN NATH & ROSENTHAL LLP
3  2121 N. California Blvd., Suite 800
   Walnut Creek, California 94596
4  Telephone:  (925) 949-2600
   Facsimile:  (925) 949-2610
5  Email:      mbarnes@sonnenschein.com
               smartin@sonnenschein.com
6              cwindle@sonnenschein.com

7  Attorneys for Defendant
   ALLSTATE INSURANCE COMPANY
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO/OAKLAND DIVISION

12  WILLIAM POLAND and LYNN              No. CV 08 1992 MEJ
    POLAND, WILLIAM F. and LYNN E.
13  POLAND 1994 TRUST                    NOTICE TO PLAINTIFFS THAT
                                         ACTION HAS BEEN REMOVED TO
14          Plaintiffs,                  FEDERAL COURT

15      vs.

16  ALLSTATE INSURANCE COMPANY,
    and DOES 1 to 25,
17
            Defendant.
18

19

20

21       TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

22       NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. sections 1332, 1441(a), and

23  1446, this action has been removed to the United States District Court for the Northern District

24  of California. Copies of the Notice Of Removal Of Civil Action filed in the District Court and

25  the Notice That Action Has Been Removed filed in the Superior Court of California for the

26  County of Contra Costa are attached (without their exhibits) as Exhibit 1.

27       All further proceedings in this action shall take place before the United States District

28  Court for the Northern District of California.

| | |
|---|---|
| Dated: April 18, 2008 | SONNENSCHEIN NATH & ROSENTHAL LLP<br><br>By _/s/ Sonia Martin (CSR)_<br>　　　SONIA MARTIN<br><br>Attorneys for Defendant<br>ALLSTATE INSURANCE COMPANY |

27293999

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
(925) 949-2600

# EXHIBIT 1

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
CHRISTOPHER WINDLE (State Bar No. 141123)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile:  (925) 949-2610
Email:       mbarnes@sonnenschein.com
             smartin@sonnenschein.com
             cwindle@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| WILLIAM POLAND and LYNN POLAND, WILLIAM F. and LYNN E. POLAND 1994 TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 to 25,<br><br>Defendant. | No. CV 08-1992<br><br>NOTICE OF REMOVAL OF A CIVIL ACTION |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. section 1441(a), defendant Allstate Insurance Company hereby removes to this Court the action described herein and respectfully submits the following statement of grounds for removal:

## THE SUPERIOR COURT ACTION

1. On December 19, 2007, an action was commenced in the Superior Court of the State of California for the County of Contra Costa, entitled "*William and Lynn Poland v. Allstate Insurance Company*," Case No. MSC07-02802 (the "Superior Court Action").

2. In the Superior Court Action, plaintiffs seek damages on account of Allstate's denial of coverage for a loss stemming from damage to their property located at Carnelian Bay, California. (Complaint ("Compl."), p. 3.) Specifically, plaintiffs contend their home suffered water damage as the result of a burst water pipe.

3. Allstate insured plaintiffs on the date of loss under a Deluxe Homeowners Policy (the "Policy"). (Compl., p. 5.) According to the complaint, Allstate denied coverage for the loss and allegedly failed to inform plaintiffs of policy exclusions affecting coverage for water and mold damage. (Compl., p. 3.) Plaintiffs allege they incurred $100,000 in cleanup, repair and other damages, which Allstate has allegedly failed to reimburse. (*Id.*) Plaintiffs sue Allstate for breach of contract, general negligence and intentional tort.

## SERVICE

4. Allstate is informed and believes that the Summons and Complaint in the Superior Court Action were served on Allstate on or about March 19, 2008 by service on the CT Corporation. Attached hereto as Exhibit A are true and correct copies of the Complaint and Answer which, Allstate believes constitute all pleadings on file in the Superior Court Action.

## JURISDICTION

5. Plaintiffs were, at the time of filing of the Superior Court Action, now are, and at all relevant times have been, citizens and residents of the State of California. (Compl.. p. 3.) Defendant Allstate was, at the time of filing of the Superior Court Action, now is, and at all relevant times has been, a corporation organized and existing under the laws of the State of Illinois, with its principal places of business in the city of Northbrook, Illinois.

6. Plaintiffs and Allstate, accordingly, are citizens and residents of different states.

///
///

Case No. _____                                                            NOTICE OF REMOVAL

AMOUNT IN CONTROVERSY

7. Plaintiffs have sued Allstate for breach of contract, general negligence and bad faith. The breach of contract cause of action asserts that "[p]laintiffs suffered damages legally (proximately) caused by defendant's breach of the agreement as follows: [a]pproximately $100,000 in cleanup, repair and other damages which have not been reimbursed by defendant Allstate pursuant to its insurance policy with Plaintiffs." (Comp., p. 3.)

8. In addition, plaintiffs seek attorneys' fees and interest. (Compl., p. 2.) Attorneys' fees incurred to compel payment of insurance policy benefits withheld in bad faith are also recoverable as damages, and are also part of the amount in controversy. *Brandt v. Superior Court*, 37 Cal. 3d 813, 815 (1985). Accordingly, plaintiffs seek to recover damages in excess of seventy-five thousand dollars ($75,000).

9. The Superior Court Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. section 1332, in that plaintiffs and Allstate are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

10. The case is therefore one that Allstate may remove to this Court pursuant to 28 U.S.C. sections 1441 and 1446. The removal is effected less than thirty days after service of the Complaint in the Superior Court Action, in accordance with 28 U.S.C. section 1446(b).

Dated: April 15, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP

By _____
SONIA MARTIN

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

-3-

Case No. _____                                              NOTICE OF REMOVAL

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
CHRISTOPHER WINDLE (State Bar No. 141123)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Email:   mbarnes@sonnenschein.com
         smartin@sonnenschein.com
         cwindle@sonnenschein.com



2008 APR 17 P 1: 25

K. TORRE, CLERK OF THE SUPERIOR COURT
CONTRA COSTA, CALIF.

BY _____ D. Wagner, Deputy Clerk

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF CONTRA COSTA

| | |
|---|---|
| WILLIAM POLAND and LYNN POLAND, WILLIAM F. and LYNN E. POLAND 1994 TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 to 25,<br><br>Defendant. | No. MSC07-02802<br><br>NOTICE TO STATE COURT THAT ACTION HAS BEEN REMOVED TO FEDERAL COURT<br><br> |

TO THE CLERK OF THE ABOVE COURT:

PLEASE TAKE NOTICE THAT, on April 16, 2008, defendant Allstate Insurance Company removed this action to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. sections 1332, 1441(a), and 1446. A copy of the Notice Of Removal Of Civil Action (without exhibits) is attached hereto as Exhibit "A."

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. section 1446(d), filing the Notice Of Removal Of Civil Action in the United States District Court followed by filing this notice with this Court effected the removal of this action, and this Court may not proceed further unless and until the action is remanded.

-1-
NOTICE TO STATE COURT THAT ACTION HAS BEEN REMOVED

| | | |
|---|---|---|
| 1 | Dated: April 17, 2008 | SONNENSCHEIN NATH & ROSENTHAL LLP |
| 2 | | |
| 3 | | By _/s/ Sonia Martin (CJr)_ |
| 4 | | SONIA MARTIN |
| 5 | 27294007 | Attorneys for Defendant<br>ALLSTATE INSURANCE COMPANY |

-2-

NOTICE TO STATE COURT THAT ACTION HAS BEEN REMOVED