MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
CHRISTOPHER WINDLE (State Bar No. 141123)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Email:   mbarnes@sonnenschein.com
         smartin@sonnenschein.com
         cwindle@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| WILLIAM POLAND and LYNN POLAND, WILLIAM F. and LYNN E. POLAND 1994 TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 to 25,<br><br>Defendant. | No. CV 08 1992 MEJ<br><br>PROOF OF SERVICE |

I, Gloria Courtney, hereby declare:

I am employed in the City of Walnut Creek, and in the County of Contra Costa, California, in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Sonnenschein Nath & Rosenthal LLP, 2121 North California Boulevard, Suite 800, Walnut Creek, California 94596.

On April 18, 2008, I caused to be served on the interested parties in this action the following document(s):

    1.    Civil Cover Sheet;

    2.    Notice Of Removal Of A Civil Action (including Exhibits);

3. Notice To State Court That Action Has Been Removed To Federal Court;

4. Notice To Plaintiffs That Action Has Been Removed To Federal Court;

5. Order Setting Initial Case Management Conference And ADR Deadlines;

6. U.S. District Court Welcome Handout;

7. Notice Of Assignment Of Case To U.S. Magistrate Judge For Trial;

8. U.S. District Court Northern California ECF Registration Information Handout;

by placing a true copy(ies) thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Sonnenschein Nath & Rosenthal LLP, as follows:

| | |
|---|---|
| Russell J. Brubaker, Esq.<br>37 Pacheco Street., #5<br>San Rafael, CA 94591<br><br>Telephone: (415) 785-8737<br>Facsimile:  (415) 785-8737 | Attorney for Plaintiffs<br>WILLIAM and LYNN POLAND,<br>WILLIAM F. and LYNN E. POLAND<br>1994 TRUST |

☒ U.S. MAIL: I am personally and readily familiar with the business practice of Sonnenschein Nath & Rosenthal LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

☐ FACSIMILE TRANSMISSION: I caused such document to be sent by facsimile transmission at the above-listed fax number for the party.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on April 18, 2008, at Walnut Creek, California.

*/s/ Gloria Courtney*
Gloria Courtney