MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
CHRISTOPHER WINDLE (State Bar No. 141123)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
Telephone:  (925) 949-2600
Facsimile:   (925) 949-2610
Email:        mbarnes@sonnenschein.com
                   smartin@sonnenschein.com
                   cwindle@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| WILLIAM POLAND and LYNN POLAND, WILLIAM F. and LYNN E. POLAND 1994 TRUST<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 to 25,<br><br>Defendants. | No. CV 08 1992 MEJ<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated:  April 21, 2008              SONNENSCHEIN NATH & ROSENTHAL LLP


                                             By  _____*/s/ Sonia Martin*_____
                                                              Sonia Martin

                                             Attorneys for Defendant
                                             ALLSTATE INSURANCE COMPANY

Case No. CV 08 1992                          DECLINATION TO PROCEED BEFORE A MAGISTRATE