RUSSELL J. BRUBAKER - #125498
Law Office of Russell J. Brubaker
37 Pacheco Street, #5
San Rafael, CA 94901
Telephone:   (415) 785-8737

Attorney for Plaintiffs
William and Lynn Poland,
William F. and Lynn E. Poland 1994 Trust

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM AND LYNN POLAND, and WILLIAM F. AND LYNN E. POLAND 1994 TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation, and DOES 1-25,<br><br>Defendants. | No. CV 08 1992 MEJ<br><br>**DEMAND FOR JURY TRIAL** |

DEMAND FOR JURY TRIAL.

Plaintiffs William and Lynn Poland, William F. and Lynn E. Poland 1994 Trust hereby demand a jury trial in the above-captioned matter.

Dated: 4/25/08                      Respectfully submitted,

LAW OFFICE OF RUSSELL J. BRUBAKER

By: *[signature]*
Russell J. Brubaker, Esq.
Attorney for Plaintiffs William and Lynn Poland, William F. and Lynn E. Poland 1994 Trust

1

DEMAND FOR JURY TRIAL , Case CV 08 1992 MEJ

**PROOF OF SERVICE BY FACSIMILE**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California.

I am over the age of 18 and not a party to the within action; my business address is 37 Pacheco Street, #5, San Rafael, CA 94901.

On this date, I served the following documents described as:

**DEMAND FOR JURY TRIAL**

on the parties in this action by faxing and e-mailing true copies thereof to the following facsimile numbers:

MICHAEL BARNES
SONIA MARTIN
CHRISTOPHER WINDLE
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596

I declare under penalty of perjury that the above facts are true and correct. Executed in San Francisco, California on April 25, 2008.

Russell Brubaker

1

PROOF OF SERVICE BY U.S. MAIL - Case CV 08 1992 MEJ