1
2
3
4
5                  UNITED STATES DISTRICT COURT

6                  NORTHERN DISTRICT OF CALIFORNIA

7

8   WILLIAM POLAND,                              No. C 08-01992 MHP

9              Plaintiff(s),              **CLERK'S NOTICE**
                                          **(Scheduling Case Management Conference**
10    v.                                  **in Reassigned Case)**

11  ALLSTATE INSURANCE CO,

12             Defendant(s).
                                    /
13

14        This case, having been reassigned to the Honorable Marilyn Hall Patel and all pending

15  hearing dates thus vacated, is hereby scheduled for a case management conference on **Monday, July**

16  **21, 2008, at 4:00 p.m.**  A Joint Case Management Statement is due ten days prior to the conference.

17  Plaintiff is responsible for forwarding a copy of the form for the Joint Case Management Statement

18  on all defendants, and shall also serve a copy of this notice on all defendants.

19

20                                        Richard W. Wieking
                                          Clerk, U.S. District Court
21

22

23  Dated:  May 1, 2008                   Anthony Bowser, Deputy Clerk to the
                                          Honorable Marilyn Hall Patel
24                                                  (415) 522-3140

25

26

27

28

*United States District Court*
*For the Northern District of California*