**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: July 21, 2008

Case No.   C 08-1992  MHP                    Judge: MARILYN H. PATEL

Title: WILLIAM POLLAND et al -v- ALLSTATE INSURANCE COMPANY et al

Attorneys:  Plf: Russell Brubaker
            Dft: Michael Barnes

Deputy Clerk:  Anthony Bowser   Court Reporter: Belle Ball

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion of underlying claims; Counsel to submit notification re consent to proceed before a Magistrate Judge status within 10 days; Initial disclosures to be completed by 8/4/2008;

A further status conference set for 11/17/2008 at 3:00 p m, with a joint status report due one week prior.