1  RUSSELL J. BRUBAKER (Sate Bar No. 125498)
   LAW OFFICE OF RUSSELL J. BRUBAKER
2  37 Pacheco Street, No. 5
   San Rafael, CA  94901
3  Telephone:  (415) 785-8737
   Facsimile:   (415) 785-8737
4  Email:        rjbrub2254@AOL.com

5  Attorney for Plaintiffs
   WILLIAM POLAND and LYNN POLAND, WILLIAM F.
6  and LYNN E. POLAND 1994 TRUST

7

8  MICHAEL BARNES (State Bar No. 121314)
   SONIA MARTIN (State Bar No. 191148)
9  CHRISTOPHER WINDLE (State Bar No. 141123)
   SONNENSCHEIN NATH & ROSENTHAL LLP
10 2121 N. California Blvd., Suite 800
   Walnut Creek, California 94596
11 Telephone: (925) 949-2600
   Facsimile:  (925) 949-2610
12 Email:        mbarnes@sonnenschein.com
                 smartin@sonnenschein.com
13               cwindle@sonnenschein.com

14 Attorneys for Defendant
   ALLSTATE INSURANCE COMPANY
15

16                     UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                        SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM POLAND and LYNN POLAND, WILLIAM F. and LYNN E. POLAND 1994 TRUST,<br><br>  Plaintiffs,<br><br>  vs.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 to 25,<br><br>  Defendant. | No. CV 08-1992<br><br>STIPULATION RE REFERRAL TO MAGISTRATE EDWARD M. CHEN |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

-1-

No. CV 08-1992                                        STIPULATION RE REFERRAL TO
                                                      MAGISTRATE JUDGE EDWARD M. CHEN

1  WHEREAS, at the July 21, 2008 Case Management Conference, the Court invited the
2  parties to consider stipulating to refer this matter to a magistrate judge for all purposes and
3  further advised that the parties could select the magistrate judge to whom the case would be
4  referred; and
5  WHEREAS, the parties are agreeable to the transfer of this matter to Magistrate Judge
6  Edward M. Chen for all purposes;
7  IT IS HEREBY STIPULATED that, with the Court's approval, this matter shall be
8  transferred to Magistrate Judge Edward M. Chen for all purposes.

Dated: July 31, 2008            LAW OFFICES OF RUSSELL J. BRUBAKER


By      */s/ RUSSELL BRUBAKER*
             RUSSELL J. BRUBAKER

Attorneys for Plaintiffs WILLIAM POLAND and
LYNN POLAND, WILLIAM F. and LYNN E.
POLAND 1994 TRUST


Dated: July 31, 2008            SONNENSCHEIN NATH & ROSENTHAL LLP


By      */s/ SONIA MARTIN*
             SONIA MARTIN

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
(925) 949-2600