RUSSELL J. BRUBAKER (Sate Bar No. 125498)
LAW OFFICE OF RUSSELL J. BRUBAKER
37 Pacheco Street, No. 5
San Rafael, CA 94901
Telephone: (415) 785-8737
Facsimile: (415) 785-8737
Email: rjbrub2254@AOL.com

Attorney for Plaintiffs
WILLIAM POLAND and LYNN POLAND, WILLIAM F.
and LYNN E. POLAND 1994 TRUST

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
CHRISTOPHER WINDLE (State Bar No. 141123)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Email: mbarnes@sonnenschein.com
       smartin@sonnenschein.com
       cwindle@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM POLAND and LYNN POLAND, WILLIAM F. and LYNN E. POLAND 1994 TRUST,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 to 25,<br><br>    Defendant. | No. CV 08-1992<br><br>REASSIGNMENT STIPULATION RE ~~REFERRAL~~ TO MAGISTRATE EDWARD M. CHEN |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
(925) 949-2600

1  WHEREAS, at the July 21, 2008 Case Management Conference, the Court invited the
2  parties to consider stipulating to refer this matter to a magistrate judge for all purposes and
3  further advised that the parties could select the magistrate judge to whom the case would be
4  referred; and
5  WHEREAS, the parties are agreeable to the transfer of this matter to Magistrate Judge
6  Edward M. Chen for all purposes;
7  IT IS HEREBY STIPULATED that, with the Court's approval, this matter shall be
8  transferred to Magistrate Judge Edward M. Chen for all purposes.

Dated: July 31, 2008                LAW OFFICES OF RUSSELL J. BRUBAKER

By  */s/ RUSSELL BRUBAKER*
     RUSSELL J. BRUBAKER

Attorneys for Plaintiffs WILLIAM POLAND and
LYNN POLAND, WILLIAM F. and LYNN E.
POLAND 1994 TRUST

Dated: July 31, 2008                SONNENSCHEIN NATH & ROSENTHAL LLP

By  */s/ SONIA MARTIN*
     SONIA MARTIN

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

8/1/2008



IT IS SO ORDERED
Judge Marilyn H. Patel

No. CV 08-1992

-2-

STIPULATION RE REFERRAL TO
MAGISTRATE JUDGE EDWARD M. CHEN