1  RUSSELL J. BRUBAKER - #125498
   Law Office of Russell J. Brubaker
2  37 Pacheco Street, #5
   San Rafael, CA 94901
3  Telephone: (415) 785-8737

4
   Attorney for Plaintiffs
5  WILLIAM POLAND and LYNN
   POLAND, WILLIAM F. and LYNN E.
6  POLAND 1994 TRUST

7

8

9
                    UNITED STATES DISTRICT COURT
10
                    FOR THE DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13 WILLIAM POLAND and LYNN           ) Case No. CV 08-1992 EMC
   POLAND, WILLIAM F. and LYNN E.    )
14 POLAND 1994 TRUST,                ) STIPULATED REQUEST TO
                                     ) CONTINUE CASE MANAGEMENT
15              Plaintiffs,          ) CONFERENCE DATE
                                     )
16         v.                        )
                                     )
17 ALLSTATE INSURANCE COMPANY,       )
   and DOES 1 to 25,                 )
18                                   )
                Defendants.          )
19 _____ )

20      Counsel for Plaintiffs, Russell J. Brubaker, Esq., has a state court trial commencing on
21 Monday, August 18, 2008 in the matter of *Yudien v. Colbert*, Contra Costa County Superior
22 Court Case No. C06-00499. This trial is likely to continue through August 27, 2008, the date
23 currently set for the Case Management Conference in this case. The parties have stipulated to
24 continue the Case Management Conference to September 15, 2008, and hereby request that
25 the Court continue the Case Management Conference in this matter to one of this later date.
26 ///
27 ///
28

**1**

**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE DATE,
Case No. C 08-1992 EMC**

Dated: August 15, 2008

          LAW OFFICE OF RUSSELL J. BRUBAKER

          By: __/s/ *Russell J. Brubaker*_____
              Russell J. Brubaker
              Attorney for Plaintiffs
              WILLIAM POLAND and LYNN
              POLAND, WILLIAM F. and LYNN E.
              POLAND 1994 TRUST

Dated: August 19, 2008

          SONNENSCHEIN NATH & ROSENTHAL LLP

          By: ___/s/ *Sonia Martin*_____
              Sonia Martin
              Attorneys for Defendant
              ALLSTATE INSURANCE COMPANY

    The request to continue the Case Management Conference is granted.  The new date for the Case Management Conference is _____, 2008.

          IT IS SO ORDERED.

          _____
          EDWARD M. CHEN
          United States Magistrate Judge