RUSSELL J. BRUBAKER (Sate Bar No. 125498)
LAW OFFICE OF RUSSELL J. BRUBAKER
37 Pacheco Street, No. 5
San Rafael, CA 94901
Telephone: (415) 785-8737
Facsimile: (415) 785-8737
Email: rjbrub2254@AOL.com

Attorney for Plaintiffs
WILLIAM POLAND and LYNN POLAND, WILLIAM F.
and LYNN E. POLAND 1994 TRUST


MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
CHRISTOPHER WINDLE (State Bar No. 141123)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Email: mbarnes@sonnenschein.com
       smartin@sonnenschein.com
       cwindle@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM POLAND and LYNN POLAND, WILLIAM F. and LYNN E. POLAND 1994 TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 to 25,<br><br>Defendant. | No. CV 08-1992EMC<br><br>JOINT CASE MANAGEMENT STATEMENT<br><br>Date: August 27, 2008<br>Time: 1:30 p.m.<br>Place  450 Golden Gate Avenue<br>       San Francisco, CA<br>       Courtroom C, 15th Floor<br>Before: Hon. Edward M. Chen |

Pursuant to Federal Rule of Civil Procedure 26(f) and Civil L.R. 16-9(a), the parties submit this Joint Case Management Statement with respect to the Case Management Conference set for August 27, 2008, and request that the Court adopt it as the Case Management Order.

1. **Jurisdiction and Service:**

Plaintiffs filed this action in the Contra Costa County Superior Court. Allstate removed it to this Court pursuant to 28 U.S.C. sections 1332, 1441(a), and 1446. This Court has original jurisdiction over the Superior Court action under 28 U.S.C section 1332. Plaintiffs and Allstate are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

All parties have been served.

2. **Facts:**

Allstate insured plaintiffs' Lake Tahoe vacation home under a Deluxe Homeowners Policy. Plaintiffs' home suffered water damage as the result of a water pipe that froze during the winter of 2006 and burst. Allstate subsequently denied coverage for the damage based on the following exclusion:

> *Losses We Do Not Cover Under Coverages A & B:*
> We do not cover losses to property described in Coverage A - Dwelling Protection or Coverage B - Other Structures Protected - consisting of or caused by:
>
> \*\*\*
>
> 16. Freezing of plumbing, fire protective sprinkler systems, heating or air conditioning systems or household appliances, or discharge, leakage or overflow from within the systems or appliances caused by freezing, while the building structure is vacant, unoccupied or being constructed unless you have used reasonable care to:
>
>   a)  maintain heat in the building structure; or
>
>   b)  shut off the water supply and drain the system and appliances.

Plaintiffs allege they incurred $100,000 in cleanup, repair and other damages. Plaintiffs sue Allstate for breach of contract, general negligence and intentional tort.

3. **Legal Issues:**

One or more party contends the following legal issues are in dispute:

1. Did Allstate's denial of coverage for plaintiffs' loss breach the policy?
2. Can plaintiffs legally sue Allstate for "negligence?"
3. Can plaintiffs sue Allstate for "intentional tort?"

-2-
No. CV 08-1992EMC                                JOINT CASE MANAGEMENT STATEMENT

4. Was plaintiffs' use of a battery powered thermostat "reasonable care" under the policy?

5. Does the policy provide coverage for frozen pipes under any circumstances?

6. Was Allstate's denial of coverage under the facts of this case done in bad faith?

**4. Motions:**

Allstate will move for summary judgment and/or partial summary judgment on all issues.

**5. Amendment of Pleadings:**

None anticipated.

**6. Evidence Preservation:**

The parties have taken appropriate steps to ensure the preservation of evidence.

**7. Disclosures:**

The parties have served their initial disclosures and exchanged documents.

**8. Discovery:**

The parties plan to conduct discovery regarding all allegations in the complaint. The parties anticipate propounding written discovery and deposing the parties and other relevant witnesses. The parties do not believe any modification to discovery provisions set forth in the Federal Rules of Civil Procedure is necessary at this time.

**9. Related Cases:**

There are no currently pending related cases.

**10. Relief:**

Plaintiffs' Statement

Plaintiffs seek monetary relief. No equitable relief is requested at this time.

Defendant's Statement

Allstate seeks judgment in its favor.

**11. Settlement and ADR:**

The parties have stipulated to Early Neutral Evaluation.

**12. Consent to Magistrate:**

The parties have consented to refer this matter for all purposes to the Honorable Edward M. Chen.

**13. Other References:**

The parties do not believe any other reference is necessary at this time.

**14 Narrowing of Issues:**

The parties believe it is premature to narrow the issues through stipulation at this time. As discovery progresses, however, they will re-evaluate this issue.

**15. Scheduling:**

The parties propose the following schedule for discovery, motions and trial:

| | |
|---|---|
| Initial disclosure & document exchange: | Completed |
| FRCP 26(a)(2) expert disclosures: | February 20, 2009 |
| FRCP 26(a)(2) rebuttal disclosures: | March 20, 2009 |
| Non-expert discovery cut-off: | March 30, 2009 |
| Expert discovery cut-off: | April 17, 2009 |
| Dispositive pre-trial motion filing cut-off: | April 29, 2009 |
| Dispositive pre-trial motion hearing cut-off: | July 3, 2009 |
| Pretrial conference statement: | July 19, 2009 |
| Pretrial conference: | July 27, 2009 |

**16. Trial:**

The parties request a trial date of August 17, 2009.

**17. Disclosure of Non-party Interested Entities or Persons:**

The parties are not aware of any interested parties required to be disclosed pursuant to Northern District Local Rule 3-16.

1 | Dated: August 19, 2008

LAW OFFICES OF RUSSELL J. BRUBAKER

By: _____*/s/ RUSSELL J. BRUBAKER*_____
            RUSSELL J. BRUBAKER

Attorneys for Plaintiffs WILLIAM POLAND and LYNN POLAND, WILLIAM F. and LYNN E. POLAND 1994 TRUST

Dated: August 19, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____*/s/ SONIA MARTIN*_____
            SONIA MARTIN

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

**[PROPOSED] CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case, and the parties are ordered to comply with this Order.

In addition, the Court orders:

Dated: _____                    _____
                                     Hon. Edward M. Chen
                                     U.S. District Court Magistrate Judge