1  RUSSELL J. BRUBAKER - #125498
   Law Office of Russell J. Brubaker
2  37 Pacheco Street, #5
   San Rafael, CA 94901
3  Telephone: (415) 785-8737

4
   Attorney for Plaintiffs
5  WILLIAM POLAND and LYNN
   POLAND, WILLIAM F. and LYNN E.
6  POLAND 1994 TRUST

7

8

9
                    UNITED STATES DISTRICT COURT
10
                    FOR THE DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13  WILLIAM POLAND and LYNN              ) Case No. CV 08-1992 EMC
    POLAND, WILLIAM F. and LYNN E.       )
14  POLAND 1994 TRUST,                   ) STIPULATED REQUEST TO
                                         ) CONTINUE CASE MANAGEMENT
15            Plaintiffs,                ) CONFERENCE DATE; ORDER THEREON
                                         )
16       v.                              )
                                         )
17  ALLSTATE INSURANCE COMPANY,          )
    and DOES 1 to 25,                    )
18                                       )
              Defendants.                )
19  _____)

20
        Counsel for Plaintiffs, Russell J. Brubaker, Esq., has a state court trial commencing on
21
    Monday, August 18, 2008 in the matter of *Yudien v. Colbert*, Contra Costa County Superior
22
    Court Case No. C06-00499. This trial is likely to continue through August 27, 2008, the date
23
    currently set for the Case Management Conference in this case. The parties have stipulated to
24
    continue the Case Management Conference to September 15, 2008, and hereby request that
25
    the Court continue the Case Management Conference in this matter to one of this later date.
26  / / /
27  / / /
28

                                              1

**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE DATE,
Case No. C 08-1992 EMC**

1
2
3  Dated: August 15, 2008
4
                                      LAW OFFICE OF RUSSELL J. BRUBAKER
5
6                                        By: __/s/ *Russell J. Brubaker*_____
7                                                   Russell J. Brubaker
                                                 Attorney for Plaintiffs
8                                                   WILLIAM POLAND and LYNN
                                                 POLAND, WILLIAM F. and LYNN E.
9                                                   POLAND 1994 TRUST
10 Dated: August 19, 2008
11
12                                       SONNENSCHEIN NATH & ROSENTHAL LLP
13
14
15                                       By: ____/s/ *Sonia Martin*_____
                                                 Sonia Martin
16                                                  Attorneys for Defendant
                                                 ALLSTATE INSURANCE COMPANY
17
18
19     The request to continue the Case Management Conference is granted. The new date
20 for the Case Management Conference is ___9/17__, 2008. at 1:30 p.m.
21                                     IT IS SO ORDERED.
22 Date: August 26, 2008              _____
23                                     EDWARD M. CHEN
                                      United States Magistrate Judge
24
25                         IT IS SO ORDERED AS MODIFIED
                        Judge Edward M. Chen
26
27
28

**2**

**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE DATE,
Case No. C 08-1992 EMC**