RUSSELL J. BRUBAKER (Sate Bar No. 125498)
LAW OFFICE OF RUSSELL J. BRUBAKER
37 Pacheco Street, No. 5
San Rafael, CA 94901
Telephone: (415) 785-8737
Facsimile: (415) 785-8737
Email: rjbrub2254@AOL.com

Attorney for Plaintiffs
WILLIAM POLAND and LYNN POLAND, WILLIAM F.
and LYNN E. POLAND 1994 TRUST

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
CHRISTOPHER WINDLE (State Bar No. 141123)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Email: mbarnes@sonnenschein.com
smartin@sonnenschein.com
cwindle@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM POLAND and LYNN POLAND, WILLIAM F. and LYNN E. POLAND 1994 TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 to 25,<br><br>Defendant. | No. CV 08-1992EMC<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT DATE** |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

-1-

No. CV 08-1992EMC  STIPULATION AND ORDER CONTINUING CASE MANAGEMENT DATE

WHEREAS, plaintiffs previously requested a continuation of the case management conference, and the parties stipulated to September 15, 2008 as the new date,

WHEREAS, the Court thereafter scheduled the case management conference on September 17, 2008,

WHEREAS, Allstate's lead counsel, Michael Barnes, must attend a mandatory settlement conference on September 17 in *Gurwith v. Locker*, Santa Clara Superior Court Case No. 106 CV 074557, and Allstate's co-lead counsel, Sonia Martin, has been scheduled for several months to attend a deposition in Seattle, Washington, on September 17;

WHEREAS, the Court requires attendance at the case management conference by lead trial counsel, and Allstate's lead trial counsel are unavailable on September 17;

IT IS HEREBY STIPULATED AND AGREED that the case management conference be continued to October 8, 2008, at 1:30 p.m.

IT IS SO STIPULATED,

Dated: September 12, 2008        LAW OFFICES OF RUSSELL J. BRUBAKER

By: _____/s/ *RUSSELL J. BRUBAKER*_____
       RUSSELL J. BRUBAKER

Attorneys for Plaintiffs WILLIAM POLAND and LYNN POLAND, WILLIAM F. and LYNN E. POLAND 1994 TRUST

Dated: September 12, 2008        SONNENSCHEIN NATH & ROSENTHAL LLP

By:_____ /s/ *SONIA MARTIN*_____
       SONIA MARTIN

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

-2-
No. CV 08-1992EMC                                STIPULATION AND ORDER
                                                 CONTINUING CASE MANAGEMENT DATE

# [PROPOSED] CASE MANAGEMENT ORDER

The request to continue the Case Management Conference is granted. The new date for the Case Management Conference is __October 8_____, 2008. at 1:30 p.m. A Joint CMC Statement due Oct. 1, 2008.

Dated: September 15, 2008

_____
Hon. Edward M. Chen
U.S. District Court Magistrate Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
(925) 949-2600

-3-

No. CV 08-1992EMC

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT DATE