RUSSELL J. BRUBAKER (Sate Bar No. 125498)
LAW OFFICE OF RUSSELL J. BRUBAKER
37 Pacheco Street, No. 5
San Rafael, CA 94901
Telephone: (415) 785-8737
Facsimile: (415) 785-8737
Email: rjbrub2254@AOL.com

Attorney for Plaintiffs
WILLIAM POLAND and LYNN POLAND, WILLIAM F.
and LYNN E. POLAND 1994 TRUST


MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
CHRISTOPHER WINDLE (State Bar No. 141123)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Email: mbarnes@sonnenschein.com
smartin@sonnenschein.com
cwindle@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM POLAND and LYNN POLAND, WILLIAM F. and LYNN E. POLAND 1994 TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 to 25,<br><br>Defendant. | No. CV 08-1992EMC<br><br>**STIPULATION AND ORDER EXTENDING EARLY NEUTRAL EVALUATION DEADLINE** ; ORDER |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

-1-

No. CV 08-1992EMC STIPULATION AND ORDER EXTENDING ENE DEADLINE

WHEREAS, all case management dates except for the deadline to complete early neutral evaluation have been extended by approximately 90 days;

WHEREAS the current deadline to complete early neutral evaluation in this case is November 12, 2008;

WHEREAS, due to the schedules of the assigned evaluator Richard Warren, Esq., the parties and their counsel, the early neutral evaluation in this matter cannot be completed by the November 12 deadline;

IT IS HEREBY STIPULATED AND AGREED that the early neutral evaluation shall be completed by January 12, 2009.

IT IS SO STIPULATED,

Dated: November 6, 2008                LAW OFFICES OF RUSSELL J. BRUBAKER


By: _____/s/ RUSSELL J. BRUBAKER_____
                RUSSELL J. BRUBAKER

Attorneys for Plaintiffs WILLIAM POLAND and LYNN POLAND, WILLIAM F. and LYNN E. POLAND 1994 TRUST


Dated: November 6, 2008                SONNENSCHEIN NATH & ROSENTHAL LLP


By: _____/s/ SONIA MARTIN_____
                SONIA MARTIN

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

### [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: ~~November 12, 2008~~    _____
                                Hon. ___
                                U.S. Di___



-2-

No. CV 08-1992EMC