RUSSELL J. BRUBAKER - #125498
Law Office of Russell J. Brubaker
37 Pacheco Street, #5
San Rafael, CA 94901
Telephone:    (415) 785-8737

Attorney for Plaintiffs
WILLIAM POLAND and LYNN
POLAND, WILLIAM F. and LYNN E.
POLAND 1994 TRUST

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM POLAND and LYNN POLAND, WILLIAM F. and LYNN E. POLAND 1994 TRUST,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 to 25,<br><br>　　　　　Defendants.<br>_____ | ) Case No. CV 08-1992 EMC<br>)<br>) STIPULATED REQUEST TO<br>) CONTINUE CASE MANAGEMENT<br>) CONFERENCE DATE ; ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　　　Counsel for both parties hereby notify the Court that they have reached a settlement of this matter in principle, and are working on completing the necessary settlement paperwork to resolve the case.  The parties have stipulated to continue the Case Management Conference to May 27, 2009, at 2:30 p.m.  and hereby request that the Court continue the Case Management Conference in this matter to that date and time, with the understanding that completion of the settlement paperwork and notification to the Court of the dismissal of the case pursuant to the

/ / /

/ / /

**1**

1   settlement shall result in the continued Case Management Conference date being vacated.

2

3

4

5   Dated: April 28, 2009

6

7                                    LAW OFFICE OF RUSSELL J. BRUBAKER

8
                                     By:    _____/s/ Russell J. Brubaker_____
9                                           Russell J. Brubaker
                                            Attorney for Plaintiffs
10                                          WILLIAM POLAND and LYNN
                                            POLAND, WILLIAM F. and LYNN E.
11                                          POLAND 1994 TRUST

12  Dated: April 28, 2009

13

14

15                                   SONNENSCHEIN NATH & ROSENTHAL LLP

16

17                                   By:    _____/s/ Sonia Martin_____
                                            Attorneys for Defendant
18                                          ALLSTATE INSURANCE COMPANY

19

20

21          The request to continue the Case Management Conference is granted.  The new date for

    the Case Management Conference is May 27, 2009 at 2:30 p.m.   An updated joint cmc statement
22                                                               shall be filed by May 20, 2009.

23                                   IT IS SO ORDERED.

24                                   _____
25  EDWARD M. CHEN
    United States Magistrate Judge
26

27

28

**2**

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen