RUSSELL J. BRUBAKER (Sate Bar No. 125498)
LAW OFFICE OF RUSSELL J. BRUBAKER
37 Pacheco Street, No. 5
San Rafael, CA 94901
Telephone: (415) 785-8737
Facsimile: (415) 785-8737
Email: rjbrub2254@AOL.com

Attorney for Plaintiffs
WILLIAM POLAND and LYNN POLAND, WILLIAM F.
and LYNN E. POLAND 1994 TRUST

MICHAEL BARNES (State Bar No. 121314)
SONIA MARTIN (State Bar No. 191148)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
Telephone: (925) 949-2600
Facsimile: (925) 949-2610
Email: mbarnes@sonnenschein.com
       smartin@sonnenschein.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM POLAND and LYNN POLAND, WILLIAM F. and LYNN E. POLAND 1994 TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 to 25,<br><br>Defendant. | No. CV 08-1992 EMC<br><br>STIPULATION AND [PR~~OPOSE~~D] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

WHEREAS, on April 28, 2009, the parties notified the Court that they have reached a settlement in this case;

-1-
No. CV 08-1992EMC                        STIPULATION AND [PROPOSED] ORDER TO
                                         CONTINUE CASE MANAGEMENT CONFERENCE

1   WHEREAS Plaintiffs have signed and delivered the settlement agreement to Defendant;

2   WHEREAS Defendant is in the process of issuing the settlement check and obtaining the necessary signatures for the settlement agreement;

   The parties therefore respectfully request that this Court continue the Case Management Conference currently set for May 27, 2009 to June 10, 2009 at 2:30 p.m. to allow the parties additional time to complete a fully executed settlement agreement and file a dismissal of the case.

Respectfully submitted,

Dated: May 18, 2009                   LAW OFFICES OF RUSSELL J. BRUBAKER


By: _____/s/ RUSSELL J. BRUBAKER_____
            RUSSELL J. BRUBAKER

Attorneys for Plaintiffs WILLIAM POLAND and LYNN POLAND, WILLIAM F. and LYNN E. POLAND 1994 TRUST


Dated: May 18, 2009                   SONNENSCHEIN NATH & ROSENTHAL LLP


By: _____/s/ MICHAEL BARNES_____
            MICHAEL BARNES

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IT IS SO ORDERED.

DATED: __May 19_____, 2009



_____
Edward M. Chen
UNITED STATES MAGISTRATE JUDGE

-2-

No. CV 08-1992EMC                     [STIPULATION AND [PROPOSED] ORDER TO
                                      CONTINUE CASE MANAGEMENT CONFERENCE

SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N. California Blvd., Suite 800
Walnut Creek, California 94596
(925) 949-2600