1  RUSSELL J. BRUBAKER (Sate Bar No. 125498)
   LAW OFFICE OF RUSSELL J. BRUBAKER
2  37 Pacheco Street, No. 5
   San Rafael, CA 94901
3  Telephone: (415) 785-8737
   Facsimile: (415) 785-8737
4  Email: rjbrub2254@AOL.com

5  Attorney for Plaintiffs
   WILLIAM POLAND and LYNN POLAND, WILLIAM F.
6  and LYNN E. POLAND 1994 TRUST

7

8  MICHAEL BARNES (State Bar No. 121314)
   SONIA MARTIN (State Bar No. 191148)
9  SONNENSCHEIN NATH & ROSENTHAL LLP
   2121 N. California Blvd., Suite 800
10 Walnut Creek, California 94596
   Telephone: (925) 949-2600
11 Facsimile: (925) 949-2610
   Email: mbarnes@sonnenschein.com
12        smartin@sonnenschein.com

13 Attorneys for Defendant
   ALLSTATE INSURANCE COMPANY
14

15                  UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17                       SAN FRANCISCO DIVISION

18 WILLIAM POLAND and LYNN            No. CV 08-1992 EMC
   POLAND, WILLIAM F. and LYNN E.
19 POLAND 1994 TRUST,                 STIPULATION AND [PROPOSED] ORDER
                                      REGARDING DISMISSAL
20         Plaintiffs,

21   vs.

22 ALLSTATE INSURANCE COMPANY,
   and DOES 1 to 25,
23
           Defendant.
24

25

26     Plaintiffs William Poland, Lynn Poland and the William F. and Lynn E. Poland 1994

27 Trust and defendant Allstate Insurance Company, having reached a settlement of their dispute,

28 hereby agree that this action should be dismissed in its entirety with prejudice, with each party to

-1-

No. CV 08-1992EMC                                           STIPULATION AND [PROPOSED]
                                                            ORDER FOR DISMISSAL

Case 3:08-cv-01992-EMC   Document 41   Filed 06/01/2009   Page 1 of 2

bear his, her or its own costs and attorneys' fees. The parties respectfully request that the Court approve and give effect to this stipulation.

Dated: June 1, 2009

Respectfully submitted,

LAW OFFICES OF RUSSELL J. BRUBAKER

By: _____
RUSSELL J. BRUBAKER

Attorneys for Plaintiffs WILLIAM POLAND and LYNN POLAND, WILLIAM F. and LYNN E. POLAND 1994 TRUST

Dated: May 22, 2009

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
MICHAEL BARNES

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IT IS SO ORDERED.

DATED: June 2, 2009

_____
Edward M. Chen
UNITED STATES MAGISTRATE JUDGE

No. CV 08-1992EMC

-2-

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL